June 13, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MONICA BETH DJOKIC, Appellant

NO. 14-13-00412-CV                              V.

MLADEN R. DJOKIC, Appellee

_____

Today the court heard the parties' joint motion to set aside the final decree of divorce signed by the court below on March 1, 2013. Having considered the motion and found it meritorious, we order the judgment set aside and **VACATED** without regard to the merits, and **REMAND** the cause to the trial court for rendition of a judgment in accordance with the parties' binding mediated settlement agreement dated May 22, 2013.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.